**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8073**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

RICHARD RAYORDO HARRIS,

    Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Richard D. Bennett, District Judge. (1:04-cr-00387-RDB-1)

Submitted:  April 16, 2009    Decided:  April 23, 2009

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Rayordo Harris, Appellant Pro Se.  John Francis Purcell, Jr., Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Rayordo Harris appeals the district court's orders denying his motion for reconsideration of the order granting his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Harris, No. 1:04-cr-00387-RDB-1 (D. Md. filed Sept. 15, 2008 & entered Sept. 16, 2008); see United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED